[No. 32296-3-III.   Division Three.   September 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN MICHAEL WEIGANT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00611-8, James W. Lawler, J., entered December 7, 2012. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 68906-1-I.   Division One.   September 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH LANCE WINCHESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-1-00101-7, Charles R. Snyder, J., entered May 15, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Schindler and Dwyer, JJ.

[No. 69206-2-I.   Division One.   September 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE LEON JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-03142-6, Michael Hayden, J., entered July 27, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Lau, JJ.

[No. 70214-9-I.   Division One.   September 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SANG THANH NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-03947-6, Ken Schubert, J., entered April 5, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Lau, JJ.